United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED-CLERK
U.S. DISTRICT COURT

2007 JUN 19 PM 3: 57

TEXAS-EASTERN

| | | |
|---|---|---|
| SEAN ROBERTS | § | |
| | § | |
| V. | § | CASE NO. 4:07CV15 |
| | § | (Judge Schell/Judge Bush) |
| MCKINNEY HOUSING AUTHORITY | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On March 28, 2007, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that Plaintiff's Motion for Temporary Restraining Order be DENIED.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion for Temporary Restraining Order is **DENIED**.

**IT IS SO ORDERED.**

Signed this 19th day of June, 2007.

Richard A. Schell
United States District Judge